**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Roberta Lidenbaum,** | ) | **CASE NO. 1:19 CV 2862** |
| *on behalf of herself and others* | ) | |
| *similarly situated*, | ) | |
| | ) | |
| Plaintiff, | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **Realgy, LLC** *et al.*, | ) | **Order of Dismissal** |
| | ) | |
| Defendants. | ) | |

This Court, having GRANTED Realgy, LLC's Motion to Dismiss Amended Complaint (Doc. 20), hereby DISMISSES this action.

IT IS SO ORDERED.

      /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge
Dated: 10/29/20      Chief Judge