# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ROBERTA LINDENBAUM**, individually and on behalf of all others similarly situated, *Plaintiff*, v. **REALGY, LLC d/b/a REALGY ENERGY SERVICES**, a Connecticut limited liability company, and **JOHN DOE CORPORATIONS 1-10**, *Defendants*. | Case No. : 1:19-cv-2862  JUDGE PATRICIA A. GAUGHAN |

## NOTICE OF APPEAL

Plaintiff Roberta Lindenbaum files this Notice of Appeal from the Court's October 29, 2020 Order granting Defendant Realgy, LLC's motion to dismiss Plaintiff's amended complaint in this matter, ECF Doc. No. 26, and all opinions and orders that merge therein.  This appeal shall be taken to the Sixth Circuit Court of Appeals.

Date: November 25, 2020

By: /s/ Katrina Carroll

Katrina Carroll
**CARLSON LYNCH LLP**
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone (312) 750-1265
Facsímile: (312) 483-1032
kcarroll@carlsonlynch.com

Adam T. Savett
**SAVETT LAW OFFICES LLC**
2764 Carole Lane
Allentown, PA 18104
Telephone: (610) 621-4550

Facsimile: (610) 978-2970
adam@savettlaw.com

*Attorneys for Plaintiff and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 25, 2020, a true and correct copy of Plaintiff's Notice of Appeal was served upon counsel identified below via this Court's CM-ECF filing system:

Ryan D. Watstein
rwatstein@kcozlaw.com
Joseph Scott Carr
scarr@kcozlaw.com
Matthew A. Keilson
mkeilson@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363

*Counsel for Defendant Realgy, LLC*

Date: November 25, 2020                              ___/s/Katrina Carroll_____