# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ROBERTA LINDENBAUM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REALGY, LLC d/b/a REALGY ENERGY SERVICES, a Connecticut limited liability company, and JOHN DOE CORPORATIONS 1–10,<br><br>Defendants. | Case No. 1:19-cv-02862-PAG<br><br>Judge Patricia A. Gaughan |

## *UNOPPOSED* MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendant Realgy, LLC hereby respectfully requests an extension until November 10, 2021—seven (7) days after the upcoming November 3, 2021 status conference—to move or otherwise plead in response to Plaintiff Roberta Lindenbaum's Amended Class Action Complaint. Realgy states as follows in support of this motion:

1. Realgy moved to dismiss Plaintiff's Amended Class Action Complaint on August 4, 2020. Dkt. 20. The Court granted Realgy's motion to dismiss on October 29, 2020 and closed the case. Dkt. 26; Dkt. 27. Plaintiff thereafter appealed the Court's decision. Dkt. 28.

2. On October 5, 2021, the mandate of reversal of Court's decision issued from the Sixth Circuit, making Realgy's responsive pleading deadline October 19, 2021. Dkt. 32; Fed. R. Civ. P. 15(a)(1)(3). The Court then scheduled a status conference for November 3, 2021. Oct. 13, 2021 Min. Entry.

3. Given the length this case has been closed at the District Court level and the undersigned counsel's other professional commitments, Realgy and its counsel require additional time to respond to Plaintiff's Amended Class Action Complaint.  The upcoming November 3, 2021 status conference may also be relevant to Realgy's submission.  Thus, it is sensible and favors judicial economy for Realgy to file a responsive pleading after the status conference.

4. The Court has the inherent authority to manage it docket and may grant this motion under Federal Rule of Civil Procedure 6.

5. Realgy has conferred with Plaintiff's counsel on this request, who indicated via e-mail that Plaintiff does not oppose the requested extension.  No party will be prejudiced by the requested extension, nor will the requested extension unduly delay this litigation.

6. This motion is filed in good faith for the reasons stated and not for purposes of delay.

WHEREFORE, Realgy respectfully requests that the Court grant this Motion and allow it until November 10, 2021 to move or otherwise plead in response to Plaintiff's Amended Class Action Complaint (Dkt. 14).

DATED: October 18, 2021.

**KABAT CHAPMAN & OZMER LLP**

*/s/ Matthew A. Keilson*
Ryan D. Watstein (*pro hac vice*)
rwatstein@kcozlaw.com
Joseph Scott Carr (Ohio Bar No. 0098247)
scarr@kcozlaw.com
Matthew A. Keilson (*pro hac vice*)
mkeilson@kcozlaw.com
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
(404) 400-7300

*Counsel for Defendant Realgy, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2021, I filed the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

                By:    */s/ Matthew A. Keilson*
                            Matthew A. Keilson (*pro hac vice*)