UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Roberta Lindenbaum,** | ) | CASE NO. 1:19 CV 2862 |
| *individually and on behalf of all* | ) | |
| *others similarly situated*, | ) | |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **Realgy, LLC,** | ) | **Judgment Entry** |
| | ) | |
| **Defendant.** | ) | |

This Court, having GRANTED Realgy's LLC's Motion for Summary Judgment (Doc. 44), hereby enters judgment in favor of defendant and against plaintiff.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　 /s/ Patricia A. Gaughan
　　　　　　　　　　　　　　　　　　PATRICIA A. GAUGHAN
　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　Chief Judge

Dated: 6/7/22